CARSKADDON ET AL. V. BARTLETT.

1. **Practice in Supreme Court:** NO TRIAL DE NOVO WITHOUT EVI-
DENCE CERTIFIED. A cause cannot be tried *de novo* in this court unless
the evidence be certified by the judge of the court from which it comes.

*Appeal from Muscatine District Court.*

WEDNESDAY, APRIL 9.

PER CURIAM.—THIS is an action in chancery to restrain
the maintenance of a nuisance. It is brought here for trial
*de novo*. The appellee files an amended abstract, showing
that no translation of the short hand reporter's notes has been
filed in the court below; that the evidence has never been
certified by the judge of the district court, nor by the reporter,
and that it has never been made a part of the record in any
manner. This amended abstract is not denied by the defend-
ant. Under repeated rulings of this court, it must be taken
as true.

The plaintiff moves to strike the evidence from the trans-
cript on the ground, among others, that it is no part of the
record, never having been certified by the judge of the court
below as required by law. The motion must be sustained.
We cannot try the case *de novo*, unless the evidence be certi-
fied by the judge trying it in the court below. See Acts of
Nineteenth General Assembly, chapter 35, section 1. We
have repeatedly ruled to this effect. The motion must be
sustained. The evidence being stricken from the transcript,
nothing remains of the case for review in this court. The
case in its present form is not triable upon errors; indeed, no
errors are assigned. The decree of the district court must
be

AFFIRMED.